# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**KIM LATRICE WILLIAMS, ET AL.,**

   Plaintiffs,

v.

         **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is Defendants' Motion to Stay Proceedings. ECF No. 18. The Motion explains that Plaintiffs have sought—but have not yet obtained—right-to-sue letters from the Equal Employment Opportunity Commission ("EEOC"). *See id.* at 2. Insofar as right-to-sue letters are a condition precedent to filing federal employment lawsuits of this nature, the Court must **GRANT** Defendants' Motion. Accordingly, the Clerk of the Court is **INSTRUCTED** to **ADMINISTRATIVELY CLOSE** this civil action until Plaintiffs file an amended complaint with an attached right-to-sue letter from the EEOC. Plaintiffs are **ORDERED** to file a Status Report with the Court every <u>sixty days</u> from the date of this Order updating the Court on their progress toward obtaining a right-to-sue letter.

   **SO ORDERED** on this **5th day** of **January 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE