UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

    Plaintiffs,

v.                                      **No. 4:23-cv-01115-P**

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    Defendants.

## ORDER

Before the Court is Defendants' Partial Motion to Dismiss Plaintiffs' First Amended Complaint. ECF No. 23. When reviewing Motions to Dismiss under Federal Rule of Civil Procedure 12(b)(6), the Court must "accept all well-pleaded facts as true, construing all reasonable inferences in the complaint in the light most favorable to the plaintiff." *White v. U.S. Corrections, LLC*, 996 F.3d 302, 306–07 (5th Cir. 2021). The same is true for Motions to Dismiss under Rule 12(b)(1). *See Baker v. Putnal*, 75 F.3d 190, 196 (5th Cir. 1996). Having reviewed the Amended Complaint (ECF No. 22) in this light, the Court concludes Defendants' arguments are premature.

While the arguments in Defendants' Motion have intuitive merit, they are more appropriate at the summary-judgment stage, when the Amended Complaint is not entitled to such generous construction/interpretation. *See White*, 996 F.3d at 306–07; *Baker*, 75 F.3d at 196. In light of the above authorities, Defendants' Motion raises the right arguments at the wrong time. Accordingly, the Court finds the Motion (ECF No. 23) should be and hereby is **DENIED**.

    **SO ORDERED** on this **21st day** of **May 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE