UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS, ET AL.,**

Plaintiffs,

v.

**No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST, LLC, ET AL.,**

Defendants.

## ORDER

The Court directed the Clerk of the Court to administratively close this case until Plaintiffs obtained a right-to-sue letter from the EEOC. *See* ECF No. 19. Plaintiffs have since obtained the relevant right-to-sue documentation. *See* ECF Nos. 20, 21. Accordingly, the Court **DIRECTS** the Clerk of the Court to administratively **re-open** this case.

**SO ORDERED** on this **24th day** of **June 2024.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE