UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

    Plaintiffs,

v.                                                          No. 4:23-CV-01115-P

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    Defendants.

### ORDER GRANTING MOTION

Before the Court is Plaintiffs' Unopposed Motion to Modify Scheduling Order, filed August 5, 2024. (ECF No. 32). The Court herby **GRANTS** the motion and modifies the original scheduling order as follows:

| | |
|---|---|
| Dispositive Motions | January 28, 2025 |
| Mediation | December 23, 2024 |
| Completion of Discovery | December 23, 2024 |
| Pretrial Disclosures & Objections | April 15, 2025 (Objections due 14 days later) |
| Pretrial Materials | April 30, 2025 |
| Exchange of Exhibits | May 19, 2025 |
| Pretrial Conference | To be set if necessary |
| Trial Date | June 23, 2025 |

**SO ORDERED** on this **the 14th Day** of **August 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE