UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

    **Plaintiffs,**

**v.**                                    **No. 4:23-CV-01115-P**

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    **Defendants.**

### ORDER TO SHOW CAUSE

On December 29, 2023, the Court entered a Scheduling Order that would "govern the disposition of this case[.]" *See* ECF No. 15. The Scheduling Order referred the case to mediation, appointed a mediator, and ordered the Parties to file a joint report within seven days after the mediation deadline. *See id*. On August 5, 2024, after this case had been administratively closed and reopened, the Parties sought a deadline modification. ECF No. 32. The Court granted that modification and, as relevant here, set the mediation deadline for December 23, 2024. ECF No. 33. As of the date of this Order—eight days after the mediation deadline—the required mediation report has not been filed.

Therefore, the Parties are **ORDERED** to show cause by filing a joint report on or before **12:00 P.M. on January 6, 2025**. The joint report shall:

> (1) explain the current status of the case and why the Parties have not complied with the Court's Scheduling Order;
>
> (2) state whether mediation has been completed;
>
> (3) if mediation has been completed, then detail the information provided in Paragraph 5 of the Scheduling Order; and

(4) if mediation has not been completed, then provide a detailed explanation why the Parties failed to follow the Court's Scheduling Order and why the Court should not impose sanctions.

**SO ORDERED** on this **31st day of December 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE