UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS, ET AL.,**

    **Plaintiffs,**

**v.**                                                    **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

Before the Court is the Parties' Joint Response to the Court's Order to Show cause. ECF No. 35. Having reviewed the Response, the Court finds it appropriate to order the Parties to again mediate with David Seidler. Therefore, it is **ORDERED** that the Parties mediate with David Seidler **on or before February 3, 2025,** and file a report within seven days thereafter.

    **SO ORDERED** on this **2nd day of January 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE