UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

    Plaintiffs,

v.                                                    No. 4:23-cv-01115-P

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    Defendants.

## ORDER

Before the Court is the Parties' Joint Motion to Stay. ECF No. 37. Having reviewed the Motion, the Court hereby **GRANTS** the Motion. Consequently, it is **ORDERED** that this case is **STAYED** pending the EEOC's production of the right to sue letter. The Parties are **ORDERED** to file a joint status report **within 14 days of Plaintiff obtaining the right to sue letter,** apprising the Court of the status of the case and requesting that this case be reopened. In is further **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case and remove it from the statistical records until further notice.

    **SO ORDERED** on this **16th day of January 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE