UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS, ET AL.,**

   **Plaintiffs,**

v.                                           **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.,**

   **Defendants.**

## ORDER

The Court directed the Clerk of the Court to administratively close this case until Plaintiffs obtained a second right-to-sue letter from the EEOC. *See* ECF No. 38. Plaintiffs have since obtained the relevant right-to-sue documentation. *See* ECF No. 39. Accordingly, the Court **DIRECTS** the Clerk of the Court to administratively re-open this case. Furthermore, it is **ORDERED** that Plaintiffs, on or before April 22, 2025, amend their complaint to reflect any new allegations or claims.

   **SO ORDERED** on this **15th day of April 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE