UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET
AL.,

    Plaintiffs,

v.                                                    No. 4:23-cv-01115-P

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    Defendants.

## ORDER

The above numbered and styled case has been stayed twice. *See* ECF Nos. 19, 38. As a consequence, the Court's original scheduling order has already been modified. ECF No. 33. However, the scheduling order has not been modified to account for the second stay. Consequently, the Court finds it appropriate to do so *sua sponte*. Therefore, it is **ORDERED** that the Court's prior order (ECF No. 33.) is modified as follows:

| | |
|---|---|
| Dispositive Motions | July 7, 2025 |
| Mediation | June 27, 2025 |
| Completion of Discovery | June 27, 2025 |
| Pretrial Disclosures & Objections | October 7, 2025 (Objections due 14 days later) |
| Pretrial Materials | October 21, 2025 |
| Exchange of Exhibits | November 11, 2025 |
| Pretrial Conference | To be set if necessary |

| Trial Date | December 8, 2025 |
|---|---|

**SO ORDERED** on this **7th day of May 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2