UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　**No. 4:23-CV-01115-P**

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    **Defendants.**

## ORDER TO SHOW CAUSE

On December 29, 2023, the Court entered a Scheduling Order that would "govern the disposition of this case[.]" *See* ECF No. 15. The Scheduling Order referred the case to mediation, appointed a mediator, and ordered the Parties to file a joint report within seven days after the mediation deadline. *See id*. On August 5, 2024, after this case had been administratively closed and reopened, the Parties sought a deadline modification. ECF No. 32. The Court granted that modification and set the mediation deadline for December 23, 2024. ECF No. 33. The Parties missed the deadline to file the relevant mediation report, and the Court ordered them to show cause by filing the report. ECF No. 36. In response, the Court requested another stay, which the Court granted. ECF Nos. 37, 38. On April 14, 2025, the Parties sought to have the stay lifted, which the Court granted. ECF Nos. 39, 40. On May 7, 2025, due to the stays, the Court entered an amended scheduling order requiring, *inter alia*, that the Parties attend mediation on or before June 27, 2025. ECF No. 45. However, once again the Parties have failed to file the joint report as required.

Therefore, the Parties are **ORDERED** to show cause by filing a joint report on or before **12:00 P.M. on July 11, 2025**. The joint report shall:

(1) explain the current status of the case and why the Parties have not complied with the Court's Scheduling Order;

(2) state whether mediation has been completed;

(3) if mediation has been completed, then detail the information provided in Paragraph 5 of the Scheduling Order; and

(4) if mediation has not been completed, then provide a detailed explanation why the Parties failed to follow the Court's Scheduling Order and why the Court should not impose sanctions.

Furthermore, the Court finds it appropriate to expedite Plaintiffs' response to Defendants' Motion for Leave to File Brief in Excess of the Page Limit (ECF No. 46). It is therefore ordered that Plaintiffs shall indicate their opposition or non-opposition of the Motion on or before **12:00 P.M. on July 11, 2025**.

Moreover, in reviewing the Motion for Summary Judgment and the Parties' pleadings, it has become evident to the Court that this case, involving three Plaintiffs, should likely be three separate causes of action. Consequently, it is ORDERED that the Parties file a joint report (not to exceed three pages) on or before **12:00 P.M. on July 11, 2025**, indicating whether they disagree with the Court's assessment and, if so, why.

**SO ORDERED** on this **8th day of July 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2