UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

　Plaintiffs,

v.　　　　　　　　　　　　　　　　　No. 4:23-cv-01115-P

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

　Defendants.

## ORDER

On July 8, 2025, the Court entered an order which stated *inter alia* that this case, "involving three Plaintiffs, should likely be three separate causes of action." ECF No. 51 at 2. That Order also ordered the Parties to indicate their consent or opposition to the dividing of the case. *Id.* On July 10, 2025, the Parties filed their response, in which they indicated that they agree with the Court's assessment as the three "Plaintiffs' claims are separate and distinct, able to stand alone in considering the allegations and requested relief." ECF No. 53 at 3.

Consequently, in accordance with Federal Rule of Civil Procedure 42(b) and in the interest of avoiding prejudice and judicial administration, the Court **ORDERS** that this case be divided into three separate cases and case numbers for separate trials. The Clerk of the Court shall create a case and case number for each individual Plaintiff and assign it to the undersigned. Further, it is **ORDERED** that the Parties, within seven days of the creation of each case, file an Amended Joint Status Report containing proposed schedules for each case.

Furthermore, given the above, it is **ORDERED** that Defendants' Motion for Leave to File Brief in Excess of 50 Pages (ECF No. 46) and Defendants' Motion for Summary Judgment (ECF No. 47) are **DENIED as moot**. It is further **ORDERED** that the Court ordered mediation is

hereby stayed until such a time as the Court enters a scheduling order in each of the divided cases.

**SO ORDERED** on this **10th day of July 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE