UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS,**

    Plaintiff,

v.

                          **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS
WEST, LLC D/B/A
PRAIRIELAND DETENTION
CENTER; JIMMY JOHNSON;
LEANDRO HERNANDEZ; AND
ARMANDA CASTRO,**

    Defendants.

## ORDER

Before the Court is the Parties' Agreed Partial Motion to Dismiss ("Motion"). Having reviewed the Motion and the applicable law, the Court concludes that the Motion should be, and is hereby, **GRANTED**. It is hereby **ORDERED** that Plaintiff's claims against Defendants Jimmy Johnson and Leandro Hernandez are **DISMISSED WITH PREJUDICE**, with costs of suit and attorney fees taxed to the party incurring same.

**SO ORDERED** on this **11th day of September 2025.**

_Mark T. Pittman_

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE