UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS,**

    Plaintiff,

**v.**                                                              **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.,**

    Defendants.

## ORDER

After reviewing the record in this case and considering the Court's busy docket which includes an upcoming high profile three-week criminal trial, the Court believes additional mediation will be beneficial for the Parties. Accordingly, it is **ORDERED** that the Parties mediate with David Seidler **on or before February 28, 2026,** and file a report within seven days thereafter.

**SO ORDERED** on this **21st day of January 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE