UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS,**

    Plaintiff,

v.                          No. 4:23-cv-01115-P

**LASALLE CORRECTIONS WEST, LLC D/B/A PRAIRIELAND DETENTION CENTER, ET AL.,**

    Defendants.

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendants LaSalle Corrections West, LLC d/b/a Prairieland Detention Center ("LaSalle") and Armando Castro ("Castro") (collectively, the "Defendants") Motion for Summary Judgment. ECF No. 65. Having reviewed the Motion, the docket, counsel's arguments, and applicable law, the Court **DENIES** the Motion. ("Motion").

**SO ORDERED** on this **10th day of March 2026.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE