UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS,**

   Plaintiff,

v.                                                            **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,**
**LLC, ET AL,**

   Defendants.

## ORDER

Having reviewed the record, the Court concludes that a settlement conference will be beneficial for the parties in this matter.

Accordingly, the Court **ORDERS** that the Parties meet before Magistrate Judge Jeffrey L. Cureton. for a settlement conference **on or before April 10, 2026**. **All counsel** shall attend the conference in person.

The Parties are further **ORDERED** to file a status report on the results of the settlement conference **no later than three days after** the conference takes place.

**SO ORDERED** on this **23rd day of March 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE