UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS,**

   Plaintiff,

**v.**                                   **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.,**

   Defendant.

## ORDER

Before the Court is both Parties separate Motions in Limine. ECF No. 82 and 84. Upon review of the Motions, the Court determines that the Motions should be and are hereby **DENIED without prejudice** of being brought at trial when the Court will have a more concrete sense of when and for what purpose evidence is being presented. The Court's denial is in no way indicative of the ultimate admissibility of any evidence at issue in the Motions.

Further, the Parties have failed to timely submit a joint pretrial order by April 2, 2026, pursuant to paragraph 8 of the Amended Scheduling Order. ECF No. 56 at 4. Accordingly, the Parties are **ORDERED** to submit their joint pretrial order by **April 13, 2026 at 3:00 p.m.** or be sanctioned by the Court.

**SO ORDERED** on this **10th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE