UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIM LATRICE WILLIAMS, ET AL.,

    Plaintiffs,

v.                                                                                    No. 4:23-cv-01115-P

LASALLE CORRECTIONS WEST,
LLC, ET AL.,

    Defendants.

## ORDER TO SHOW CAUSE

On April 10, 2026, the Court issued an Order (ECF No. 95) where it notified the Parties that they failed to timely submit a joint pretrial order by April 2, 2026. As a result, the Parties were ordered to submit their joint pretrial order by April 13, 2026 at 3:00 p.m. or be sanctioned by the Court. The Parties failed to submit their joint pretrial order by the deadline in violation of the order. Accordingly, the Court **SETS** a show-cause hearing on **April 15, 2026, at 12:00 p.m**. in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

Further, Defendants submitted their trial exhibits electronically via email to the Court on April 13, 2026. However, the Court requires hard copies of the exhibits in three-ring binders marked with gummed labels or tags that identify them by the exhibit number under which they will be offered at trial. *See* Local Rule 26.2. Thus, the Parties are **ORDERED** to bring a hardy copy of trial exhibits to the show-cause hearing.

    **SO ORDERED** on this **14th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE