UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS**,

    Plaintiff,

**v.**                                                     **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.**,

    Defendants.

## ORDER

In light of scheduling conflicts, this case is **RESET** for a jury trial to begin on **Tuesday, May 12, 2026,** at **9:00 a.m.,** in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. All other deadlines remain the same.

**SO ORDERED** on this **20th day of April 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE