UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIM LATRICE WILLIAMS**,

    Plaintiff,

**v.**                                                    **No. 4:23-cv-01115-P**

**LASALLE CORRECTIONS WEST,
LLC, ET AL.**,

    Defendants.

### ORDER

In accordance with the Jury Verdict entered on May, 15, 2026 (ECF No. 115), Defendant is **ORDERED** to submit a Motion to Enter Final Judgment as well as a Proposed Final Judgment Order by May 29, 2026.

**SO ORDERED** on this **26th day of May 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE